IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGIA CELENTANO,

    Plaintiff,

  vs.                               CIV S-11-1881 KJM CKD PS

SACRAMENTO REGIONAL TRANSIT DISTRICT, et al.,

    Defendants.             FINDINGS & RECOMMENDATIONS

_____/

        By order filed August 26, 2011, this court, finding that plaintiff made an inadequate showing of indigence in her in forma pauperis affidavit, directed plaintiff within twenty days to submit the appropriate filing fee.  That time period has now passed, and plaintiff has not paid the filing fee.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate

1

Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 28, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5
celentano.1881.ftc.wpd