IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGIA A. CELENTANO,

    Plaintiff,

    vs.                        No. CIV. S-11-1881 KJM CKD PS

SACRAMENTO REGIONAL
TRANSIT DISTRICT et al.,

    Defendants.             ORDER

_____/

        Plaintiff is proceeding pro se and in forma pauperis in this action. This proceeding was referred to the undersigned by E.D. Cal. L.R. 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). A status (pre-trial scheduling) conference in this case has been set for March 21, 2012 at 10:00 a.m. in courtroom no. 26 before the undersigned. (See Dkt. No. 9.) The court's previous order setting status conference also states that the parties shall file status reports addressing certain matters no later than fourteen (14) days prior to the status conference, i.e. by March 7, 2012. (Id.) The court's records indicate that defendants filed a status report indicating that they consent to referral to the court's Voluntary Dispute Resolution Program ("VDRP"). (Dkt. No. 21.) However, plaintiff has failed to file a status report by the deadline imposed.

        The court will grant plaintiff until March 14, 2012 to either file a status report or

1

consent to referral to VDRP.[1]  If plaintiff elects to consent to VDRP, the court will vacate the status conference and defer scheduling the case until after completion of the VDRP session, if necessary.  If plaintiff declines to consent to VDRP, the status conference will be held and pre-trial/trial dates set.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall either file a status report or a statement of consent to referral to VDRP by March 14, 2012.

DATED: March 9, 2012

   /s/ Carolyn K. Delaney  
UNITED STATES MAGISTRATE JUDGE

CKD/5  
Celentano.1881.status.report.wpd

---

[1] Further details regarding VDRP can be obtained by reviewing E.D. Cal. L.R. 271 and the court's website at http://www.caed.uscourts.gov/caed/staticOther/page_506.htm.